JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMIR PHILLIPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SANTA MONICA SCHOOL DISTRICT, et al., <br><br> Defendants. | Case No. CV 21-00860-CJC (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without leave to amend.

DATED: April 11, 2022

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE